9003. SELLERS *et al.* v. HUTTO.

</div>

BROYLES, P. J. Under the facts of the case the judge of the superior court did not err in sustaining the certiorari and in remanding the case for a new trial (this being the first grant of a new trial), with directions that the amendment to the original petition of the plaintiff in certiorari be allowed, and that the demurrer to such petition be overruled.

<div align="center">

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED DECEMBER 12, 1917.

</div>

Certiorari; from Appling superior court—Judge Highsmith. April 11, 1917.

*Padgett & Watson,* for plaintiffs in error.

*W. W. Bennett,* contra.